ROBERT GILBERT

*v.*

JOHN G. McCOY *et al.*

PRACTICE IN SUPREME COURT—*when bill of exceptions is stricken from files.* Where no errors are assigned outside of matters presented by the bill of exceptions, and the latter is stricken from the files, the judgment of the court below must be affirmed.

WRIT OF ERROR to the Circuit Court of Effingham county; the Hon. HIRAM B. DECIUS, Judge, presiding.

Messrs. GILMAN, COOPER & KAGAY, for the plaintiff in error.

Messrs. WOOD & BARLOW, for the defendants in error.

Per CURIAM : The bill of exceptions having been stricken from the record, there is nothing appearing therein on which error has been assigned, and no error outside of the bill of exceptions having been suggested, the judgment of the circuit court must be affirmed.

*Judgment affirmed.*